G. CRAIG SMITH – SBN 265676
csmith@lynberg.com
LACEY N. SIPSEY – SBN 321297
lsipsey@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

*Government Code* **§ 6103**

Attorneys for Defendants COUNTY OF ORANGE, a public entity erroneously sued as ORANGE COUNTY DISTRICT ATTORNEY'S REAL ESTATE FRAUD UNIT and CA ORANGE COUNTY PARKS and ORANGE COUNTY SHERIFF'S DEPARTMENT LAKE FOREST SHERIFF DEPARTMENT, SADDLEBACK STATION, ORANGE COUNTY SHERIFF'S DEPARTMENT LAKE FOREST SHERIFF DEPARTMENT, SADDLEBACK STATION, DONALD BARNES, DONALD P. WAGNER, CA ORANGE COUNTY PARKS, ORANGE COUNTY DISTRICT ATTORNEY'S REAL ESTATE FRAUD UNIT, ORANGE COUNTY DISTRICT ATTORNEY TODD ALLAN SPITZER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANAZ DERAKHSHANI JAN,<br><br>        Plaintiff,<br><br>        vs.<br><br>PAMELA JO BONDI, in her official capacity as the U.S. Attorney General; KASHYAP PRAMOD PATEL, in his official capacity as the Director of the Federal Bureau of Investigation; KAMALA HARRIS, in her official capacity as an Attorney and former Vice President of the United States; GAVIN CHRISTOPHER NEWSOM, in his official capacity as the Governor of California; ARNOLD ALOIS SCHWARZENEGGER, Actor and former Governor of California; KRISTEN CLARKE, in her official capacity as a former Assistant Attorney General for Civil Rights at the U.S. Department of Justice; | CASE NO:  8:26-CV-72<br><br>**NOTICE OF REMOVAL OF ACTION BY DEFENDANTS PURSUANT TO 28 U.S.C. § 1441(a) (FEDERAL QUESTION JURISDICTION)**<br><br>[Removed from Orange County Superior Court Case No. 30-2025-01529639-CU-MC-CXC]<br><br>[Federal Question Jurisdiction: 28 U.S.C. § 1331: Removal: 28 U.S.C. § 1441, 1446; Supplemental Jurisdiction: 28 U.S.C. § 1367]<br><br>[Civil Case Cover Sheet and Certificate of Interested Parties Filed Concurrently Herewith] |

1

**NOTICE OF REMOVAL**

ROBERT ANDRES BONTA, in his official capacity as the Attorney General of California; ADAM BENNETT SCHIFF, in his official capacity as a United States Senator; ALEX PADILLA, in his official capacity as a United States Senator; BILAL A. ESSAYLI, in his official capacity as U.S. Attorney General for the Central District of California; KEVIN RICHARD KISH, in his official capacity as director of civil department of Fair Employment and Housing; JAMES COMEY, in his official capacity as former director of FBI; RONALD L. DAVIS, in his official capacity as Former Director of the U.S. Marshals Service; GADYACES S. SERRALTA, in his official capacity as Director of the U.S. Marshals Service; DIANE B. DIXON, in her official capacity as member of the CA State Assembly; GREG WALLIS, in his official capacity as member of the CA State Assembly; CECILIA AGUIAR-CURRY, in her official capacity as CA: Assembly leader; ROBERT GARCIA, in his official capacity as CA Assembly Assistant leader; ROBERT RIVAS, in his official capacity as CA Assembly Speaker; JAMES FLORY HODGKINS, in his official capacity as commissioner; JOHN MICHAEL TOMBERLIN in his official capacity as judge; KIRA LEE KLATCHKO, in her official capacity as judge; MANUEL BUSTAMANTE, in his official capacity as judge; MICHAEL C. MARTIN, in his official capacity as judge; JUDITH C. CLARK, in her official capacity as former CA Riverside County Presiding Judge; JACQUELIN JACKSON, in her official capacity as CA Riverside County Presiding Judge; MARIE E. WOOD, in his official capacity as Judge; MATTHEW PERANTONI, in his official capacity as Judge; MARK E. SINGERTON, in his official capacity as Judge; KIM CHUNK, in her official capacity as former CA Palm Springs Courthouse

**2**
**NOTICE OF REMOVAL**

supervisor; Current CA Palm Springs Courthouse supervisor; CA Palm Springs Courthouse executive officers/clerk; MARIA D. HERNANDEZ, in her official as the Presiding Judge of the Orange County Superior Court; DOLLY M. GEE, in her official capacity as a Judge; DOUGLAS F. MCCORMICK, in his official capacity as Magistrate Judge; STANLEY BLUMENFELD, JR, in his official capacity as a Judge; STEVE KIM, in his official capacity as a Judge; JOANNE MOTOIKE, in her official capacity as a Judge; THOMAS A. DELANEY, in his official capacity as a Judge; NATHAN SCOTT, in his official capacity as a Judge; CHERI T. PHAM, in her official capacity as a Judge; MICHAEL E. PEREZ, in his official capacity as a Judge; JULIE A. PALAFOX, in her official capacity as a Judge; COREY S. CRAMIN, in his official capacity as a Judge; ANDRE MANSSOURIAN, in his official capacity as a Judge; JULIANNE S. BANCROFT, in her official capacity as a Judge; SHAINA H. COLOVER, in her official capacity as a Judge; DAVID J. HESSELTINE, in her official capacity as a Judge; JONATHAN FISH, in his official capacity as a Judge; DONALD E GAFFNEY, in his official capacity as a Judge; DEBORAH C. SERVINO, in her official capacity as a Judge; ERICK L. LARSH, in his official capacity as a Judge; CRAIG GRIFFIN, in his official capacity as a Judge; SHAWN NELSON, in his official capacity as a Judge; MICHAEL J. STRICKROTH, in his official capacity as a Judge; THOMAS S. MCCONVILLE, in his official capacity as a Judge; ERIC J. WERSCHING, in his official capacity as a Judge; RICHARD, CA, Orange County Superior Court, Central Justice Center, Clerk's Office supervisor; RIVERSIDE COUNTY DISTRICT ATTORNEY; RIVERSIDE COUNTY FBI; COLIN D. KIRKPATRICK, in his official capacity as City Attorney of Rancho Mirage; STEVE DOWNS, in his

3
**NOTICE OF REMOVAL**

official capacity as the former City Mayor of Rancho Mirage; LYNN MALLOTTO, in her official capacity as City Mayor of Rancho Mirage; KEN CALVERT, in his official capacity as the CA Congressman; RAUL RUIZ, in his official capacity as the CA Congressman; CA RIVERSIDE COUNTY; CA RIVERSIDE DISTRICT ATTORNEY REAL ESTATE FRAUD UNIT; MICHAEL A. HESTRIN, in his official capacity as CA Riverside District Attorney director; ISRA SHAH, in an official capacity as CA Palm Desert City Attorney; JAN HARNIK, in her official capacity as CA Palm Desert City Mayor; EVAN TRUBEE, in his official capacity as CA Palm Desert City Mayor Pro Tem; KARINA QUINTANILLA, JOE PRADETTO, and GINA NESTANDE, in their official capacity as Council Members;
CA RIVERSIDE BOARD OF SUPERVISORS; MANUEL PEREZ, in his official capacity as CA Riverside District 4 supervisor; CHAD BIANCO, in his official capacity as Riverside Sheriff Chief - Coroner;.
DON SHARP, in his official capacity as Riverside Undersheriff; Cathedral City Police
Department; LARRY V. GONZALEZ, in his official capacity as Riverside Police Chief; Palm Springs Police Department; DELOSS, in his official capacity as supervisor at CA Palm Desert Sheriff Department; Palm Desert Sheriff Deputies, including CIENEGA, BURDEN, REYNOLDS, and PRIETO; JASON MCFEDDAN, in his official capacity as Riverside supervisor sergeant Lieutenant;
BERKSHIRE HATHAWAY HOME SERVICES; PALM DESERT OASIS COUNTY CLUB; THE MISSION HILLS COUNTY CLUB; THE MANAGEMENT TRUST MISSION HILLS COUNTY CLUB;
ALLIED UNIVERSAL SECURITY SERVICE PALM DESERT; LINDA LEE HURD; LINDA HURDA; LINDA

4
**NOTICE OF REMOVAL**

WALLANCE HURD; LINDA BERGAN HURD; LINDA HWID; LINDA HURD;
PHIL SMITH; CHAD WEST; CREATIVE RECOVERY CONCEPTS, INC.; ISAIAH VILLARREAL, CHRISTOPHER CARDI;
KEVIN VERT; KEVIN JEFFREY VERT; JOSHUA CHRISTOPHER VERT;
VISTA COMMUNITY CLINIC; DEBORAH ELAINE VERT; CHRISTINA MARIE VERT; JENSON LYNNE; PHILIP HOOD; PAT HUFFMAN; FRANCES W. GREENSPAN; TORT THOMAS, The Management Trust Mission Hills County Club HOA, MHRC Board President;
ROSEMARY; Allied Universal Security Service Mission Hills County Club Rancho Mirage, Manager, MATTHEW ZANDI; in his official capacity as former CA Orange County District Attorney deputy and current Chief of Staff and Senior Counsel to the U.S. DOJ Civil Rights Division; CA ORANGE COUNTY DISTRICT ATTORNEY'S REAL ESTATE FRAUD UNIT; MARK TETTEMER, in his official capacity as former Lake Forest City Mayor and council member; DOUG CIRBO, in his official capacity as Lake Forest Council member; ORANGE COUNTY DMV; COUNTY OF ORANGE; CA ORANGE COUNTY SOCIAL SECURITY OFFICE; CA ORANGE COUNTY PARKS, PUBLIC PARKS OF ORANGE COUNTY CALIFORNIA GOVERNMENT AGENCY; STACY BLACKWOOD, in her official capacity of executive and director/manager of CA OC parks government agency; KEVIN MCKEOWN, in his official capacity of supervisor CA OC park rangers; O'NEILL REGIONAL PARK; CA LAKE FOREST/EL TORO U.S.

5

**NOTICE OF REMOVAL**

POST OFFICE; SOCIAL SECURITY OFFICE HEADQUARTER; DMV HEADQUARTERS; JANET NGUYEN, in her official capacity as Board of Supervisors District 1 member; VICENTE SARMIENTO, in her official capacity as Board of Supervisors District 2 member; DONALD P. WAGNER, in his official capacity as Board of Supervisors District 3 member; DOUG CHAFFEE, Chair, in his official capacity capacity as Board of Supervisors District 4 member;
KATRINA FOLEY, in her official capacity as Board of Supervisors District 5 member and Vice Chair; DIANE BROOKS DIXON, in her official capacity as Member of the California State Assembly,72nd State Assembly District;
ANDREW DO, in his official capacity as former OC Board of Supervisor member; DONALD BARNES, in his official capacity as CA Orange County Sheriff Chief Coroner; Lake Forest Sheriff Department, Saddleback deputies Gotts, G # 8699, Huynh, V.# 11071, Muir, T #10371, and nine more deputies;
Jeff Callahan, in his official capacity as CA Orange County Administrative Sergeant;
DAVID PULTZ, in his official capacity as CA OC Lake Forest sheriff department Captain;
The Sheriff deputies, P. Ford badge #7796 in the Family courtroom LJC L11; Sheriff Deputy Zelaya # 9051; SHAHLA ZANDI;
SHALA ZANDI; TECI MAYO, Senior Regional Manager at Solari Enterprises, Inc.;
KNAKALIA RICHARD, former community manager at Arroyo at Baker Ranch; ABASH MOSLEHI; DR. ESKANDARI;
CA LAKE FOREST / EL TORO U.S. POST OFFICE MANAGER NGUYEN; EBEN ELLERSTON , L-I-M BAKER

**6**
**NOTICE OF REMOVAL**

RANCH WORKFORCE HOLDINGS LLC MANAGER; GRAHAM ESPLEY-JONES, WCH AFFORDABLE IX, LLC PRESIDENT; BEHTASH AHADI; BEHTASH KHALIDA; JOHN HUSKEY, BAKER RANCH AFFORDABLE HOUSING LLC MANAGER; FORMER ASSISTANT MANAGER CARLOS VEGA, ARROYO AT BAKER RANCH APARTMENTS; WILLIAM, BAKER RANCH AFFORDABLE LP AGENT, EDITH JOHNSON, BAKER RANCH AFFORDABLE LP AGENT; BRIANNA BROWN, BAKER RANCH AFFORDABLE LP AGENT; AMC LLC, PROPERTY MANAGEMENT OF THE ARROYO AT BAKER RANCH; AMC-CA INC., PROPERTY MANAGEMENT OF THE ARROYO AT BAKER RANCH; BAKER RANCH AFFORDABLE HOUSING LP; BAKER RANCH AFFORDABLE HOUSING LLC; WESTERN COMMUNITY HOUSING INC.; L+M FUND MANAGEMENT LLC; L+M BAKER RANCH WORKFORCE HOLDINGS LLC; L+M BAKER RANCH WORKFORCE MEMBER LLC, ITS SOLE MEMBER; L+M WHF BAKER RANCH JV MEMBER LLC, ITS SOLE MEMBER; L+M WORKFORCE FUND HALDO, LLC, ITS SOLE MEMBER; L+M WORKFORCE HOUSING FUND REIT MANAGER, LLC, ITS MANAGER; L+M WORKFORCE HOUSING FUND, LP, ITS SOLE; L+M Workforce Housing Fund GP, LLC, its General Partner; L+M Fund Management LLC, its Manager; WCH Affordable IX, LLC; Solari Enterprises Inc.; Meta Housing Corp; Crummack Huseby Property Management Inc.; First Service Residential property manager, California; ZAND1 AND

**7**
**NOTICE OF REMOVAL**

ASSOCIATES, LLC; SEA COUNTRY TOWING AND RECOVERY, INC; BLUEHOST INC.; SACHIN PURI, in his official capacity as CEO and director of BLUEHOST INC.; LEGALZOOM INC.; JEFF STIBEL, in his official capacity as CEO and director of LEGAMZOOM INC.; Todd Gloria, in his official capacity as Mayor of San Diego; Joe La Cava, in his official capacity as Council President; Kelly A. Martinez, in her capacity as Sheriff Coroner of San Diego; Scott Wahl, in his official capacity as Police leader; Torry Pine Glider Port; .
Air California Adventure Inc; Robin John Marien; Junior; Leah Catullo, NAA & USPPA & FAI; Martin Palmaz, former president of USHPA; NAA, National Aeronautical Association; Federal Aviation Administration San Diego FSDO; Chris Santacroce, USHPA; Bill Hughes, USHPA;
Elena Filonova, FAI; Amy Stewart, NAA;
Greg Principato, NAA FAI; David Monks, FAI; RRRG Insurance; PASA School; USPPA; USPA; Albert Berchtord, USPA;
Michael E. Cindrich #243731; Law Offices of Michael E. Cindrich A PC;
Steven David Silverstein #86466; Silverstein Eviction Law; Michael Payman Kade #200871; Law Offices of Michael P. Kade, APLC; Eric Robert Iledstrom #181169;
Matthew Taylor Vela # 322441; The Law Office of Matthew T. Vela, PC;
Mark J. McGowan #208554; The Law offices of Mark J. McGowan; Paymon Bidari #194399; Bidari Civil Defense, P.C.;
Jonathan Wesley Birdt #183908; Sayan Aboudi # 317292; Lionsgate Law Group, APC; Jacob Orr Rebhun Esq

8

**NOTICE OF REMOVAL**

#245618;
Sarah Lee Overton #163810;
Cummings McClorey Davis & Acho;
Matthew L Green #227904; Best Best & Krieger LLP;
Mary Sahar Izadi #233698; S. FRANK HARRELL # 133437; G. CRAIG SMITH # 265676; KYLE A. SCHIFFMAN # 337513;
LYNBERG & WATKINS, APC;
Darren J Welsh #210431; Antoine Demarcos Williams #255716; Arash Seyed Arabi #228813; Morgan Hallie Stiefel #283489;
Ranhee Lee #330979; Antoine Demarcos Williams #255716; Williams and Seeman, ALPC; Mona Deldar #231393;
Deldar Legal; California Court, Judicial Branch of California; CA Commission on Judicial Performance;
U.S. Attorney Public Corruption and Civil Rights Department; CA Legislative;
CA State Assembly; Chris Poon Chan, in his official capacity as Associate Governmental Program Analyst of the California Department of Fair Employment and Housing;
James Cortes, in his official capacity as The California Department of Fair Employment and Housing, Supervisor;
Teresa Vargas-Patterson, Staff Services Manager 1, California Civil Rights Department, Formerly Department of Fair Employment and Housing;
California Bar Association; California Department of Fair Employment and Housing; United States Department of Housing and Urban Development; CA Fire Department;
Department of Justice Headquarters; California Employment Development Department, EDD; EDD Director: Nancy Farias; EDD Deputy Director of Legislative Affairs: Quinn Bunke];
EDD Deputy Director of EDDNext Modernization: Ron Hughes;
EDD Chief Deputy Director of Operations: Carol D. Williams; State of

**9**
**NOTICE OF REMOVAL**

Pharmacy, Unemployment Insurance Appeal Board, CUIAB; Michael Allen — Board Chair CU1AB; Laura Kent-Monning — Vice Chair CUIAB; Michael Eng, CUIAB; Richard D. Roth, CUIAB; Robert Wieckowski, CU1AB; California Secretary of State; Sophia Azar, California State Athletic Commission; Peter Villegas, California State Athletic Commission; Chair; California State Athletic Commission; Dr. Vernon Williams, California State Athletic Commission; Commissioner, Vice Chair; Dr. AnnMaria De Mars, California State Athletic Commission; Commissioner: Ronald Fiore, California State Athletic Commission; Commissioner: Chris Gruwell, California State Athletic Commission; Commissioner: Doug Hendrickson, California State Athletic Commission; Commissioner: Scott Wetch, California State Athletic Commission; Executive Officer: Andy Foster, California State Athletic Commission; State of Hawaii; Robert K.S. Kim, The Presiding Judge of the Third Circuit Court (Hawaii County); U.S. Attorney and District Attorney of Hawaii; City and County of Honolulu; David Mathew Herzog; Lucy Anne Herzog; Frederick Bandack; Kathleen SanchezComm#2206017; Damon Key Leong Kupchak Hastert; Douglas C. Smith; Beverlyn Simina; Linda J. Gladson-Elfiqhi Comm# 2288757; Logix Federal Credit Union Bank; Jason Natelson, Vice President, Legal Affairs/Corporate Counsel; Logix Federal Credit Union; Parviz A nsari; Diego Moreno, Financial Services officer Logix Federal Credit Union; TRAVIS FOYLE; WEBRATRON, web developer company; LA Sheriff detective Raffi Armen Bahadarian; LA Sheriff Department, Robert G. Luna; LA District Attorney; LA District Attorney Leader , Nathan Hotchman;

**10**
**NOTICE OF REMOVAL**

LA Chief Burbank Police Department, Michael Albanese; LA Chief of Police Department, Dominic Choi; LA Burbank Police Department, Sergeant Anthony Virzi, Internal Affairs Bureau; LA BURBANK POLICE OFFICER DON J. BURT, ID # 13876; REALTOR DARLA STUART DRE # 02077162; PAYAM KADE, PSYCHOLOGIST; MEHRANGIZ SHAHANIAN; CYRUS DJAN AKA MOHAMMADEBRAHIM DERAKHSHANI JAN; SOLMAZ DERAKHSHANI JAN; YASH AR DERAKHSHANI JAN; MANIA SABOUR; MEHL)! SABOUR; SAHAR POORHASHEMI; MAHBOUNEH SADAT HASHEMI SHEIKHSHABANI ; MAHNAZ BAHAELOU; KAMBAKHSH REZAI; ESMAIL M. NABI, THE OWNER OF CASPIAN MEDITERRANEAN KITCHEN; CASPIAN MEDITERRANEAN KITCHEN; CHARANIA HOLDINGS LLC; MARJAN SHAHANIAN; SAEID DERAKHSHAN HOORAH; MASHIA GHODS; MANZAR MA; DARA KHOSROWSHAHI, CEO OF UBER; DISTRICT JUDGES, ANNE 1IWANG; DISTRICT JUDGES ANN MARIE MCIFF ALLEN; DISTRICT JUDGES DALE A. KIMBALL; DISTRICT JUDGES SCOTT W. SKAVDAHL; POLICE SERGEANT AT CLAYTON POLICE DEPARTMENT, JASON SHAW; CVS HEALTH LNC.; STEVEN C. MONTI; JASMIN PATEL; JUDITH RICHTER; NOLAN LO; SEUNG W. OH, PHARM. D. CA BOARD OF PHARMACY PRESIDENT; ANNE SODERGREN, THE EXECUTIVE OFFICER OF THE BOARD OF PHARMACY; DEPARTMENT OF CONSUMER AFFAIRS;

**NOTICE OF REMOVAL**

KAREN R. DENV1R, SUPERVISING DEPUTY ATTORNEY GENERAL; KATELYN E. DOCHERTY DEPUTY ATTORNEY GENERAL STATE BAR NO. 322028; KATHERINE SILL, FORMER INSPECTOR OF THE CALIFORNIA STATE BOARD OF PHARMACY; ZACHARY A. CUNHA, U.S. ATTORNEY SARA MIRON BLOOM, ASSISTANT UNITED STATES ATTORNEY, RI; KEVIN LOVE HUBBARD, ASSISTANT UNITED STATES ATTORNEY, RI; RACHNA VYAS, ASSISTANT UNITED STATES ATTORNEY, RI; JESSICA D. ABER, UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF VIRGINIA; JOHN E. BEERBOWER, SPECIAL ASSISTANT U.S. ATTORNEY, VA; CLARE E. CONNORS, UNITED STATES ATTORNEY FOR TIIE DISTRICT OF HAWAII ; SYDNEY SPECTOR, SPECIAL ASSISTANT U.S. ATTORNEYS, HI; TRACY J. WEINSTEIN, SPECIAL ASSISTANT U.S. ATTORNEYS, HI; DAMIEN DIGGS, UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF TEXAS; ADRIAN GARCIA, SPECIAL ASSISTANT U.S. ATTORNEYS, TX; JAMES GILLINGHAM, SPECIAL ASSISTANT U.S. ATTORNEYS,TX; BRIAN M. BOYNTON, PRINCIPAL DEPUTY ASSISTANT ATTORNEY GENERAL D.C.; BURDEN H. WALKER, ACTING DEPUTY ASSISTANT ATTORNEY GENERAL CIVIL DIVISION; AMANDA N. LISKAMM, DIRECTOR; LISA K. HSIAO, SENIOR DEPUTY DIRECTOR, CIVIL LITIGATION; AMY L. DELINE, ASSISTANT DIRECTORS; C.B. BUENTE, ASSISTANT DIRECTORS; DONALD LORENZEN, SENIOR LITIGATION COUNSEL;

**12**
**NOTICE OF REMOVAL**

BEN CORNFELD; AMANDA K. KELLY, TRIAL ATTORNEYS UNITED STATES DEPARTMENT OF JUSTICE CONSUMER PROTECTION BRANCH; MICHAEL CRANSTON, DEPUTY ASSISTANT ATTORNEY GENERAL; JAMIE A. YAVELBERG, DIRECTOR; NATALIE A. WAITES, ASSISTANT DIRECTOR; CLAIRE L. NORSETTER; • OSHUA BARON; MEGAN F. ENGEL TRIAL ATTORNEYS U.S. DEPARTMENT OF JUSTICE; COMMERCIAL LITIGATION BRANCH, FRAUD SECTION.
,

Defendants.

///

///

///

///

///

///

**13**
**NOTICE OF REMOVAL**

**TO THE CLERK OF THE ABOVE-REFERENCED COURT:**

**PLEASE TAKE NOTICE** that on this date, based on the allegations of SANAZ DERAKHSHANI JAN's ("Plaintiff") Complaint for Damages, Defendants COUNTY OF ORANGE, a public entity, also erroneously sued as CA ORANGE COUNTY DISTRICT ATTORNEY'S REAL ESTATE FRAUD UNIT and CA ORANGE COUNTY PARKS and ORANGE COUNTY SHERIFF'S DEPARTMENT LAKE FOREST SHERIFF DEPARTMENT, SADDLEBACK STATION, ORANGE COUNTY SHERIFF'S DEPARTMENT LAKE FOREST SHERIFF DEPARTMENT, SADDLEBACK STATION, DONALD BARNES, in his official capacity as CA Orange County Sheriff Chief Coroner, DONALD P. WAGNER, in his official capacity as Board of Supervisors District 3 member, CA ORANGE COUNTY PARKS, ORANGE COUNTY DISTRICT ATTORNEY'S REAL ESTATE FRAUD UNIT, ORANGE COUNTY DISTRICT ATTORNEY TODD ALLAN SPITZER, in his official capacity as CA Orange County District Attorney ("Defendants"), hereby remove the above-entitled action from the Superior Court of the State of California for the County of Orange to the United States District Court for the Central District of California, Southern Division, pursuant to 28 U.S.C. § 1331, 1367, 1441, and 1446.  Defendants remove this civil action based on the following:

1.     On or about December 3, 2025, Plaintiff commenced this action in the Superior Court of the State of California for the County of Orange, Case No. 30-2025-01529639-CU-MC-CXC, entitled Sanaz Derakhshani Jan v. Pamela Jo Bondi, *et al*. A conformed copy of the Complaint for Damages that was filed on December 3, 2025 is attached hereto as "Exhibit A."

2.     On or about December 3, 2025, the Superior Court issued and filed a Summons on Plaintiff's Complaint for Damages.  The Summons is attached hereto as "Exhibit B."

3.      Plaintiff served Defendant COUNTY OF ORANGE, erroneously sued as CA ORANGE COUNTY DISTRICT ATTORNEY'S REAL ESTATE FRAUD UNIT and CA ORANGE COUNTY PARKS and ORANGE COUNTY SHERIFF'S DEPARTMENT LAKE FOREST SHERIFF DEPARTMENT, SADDLEBACK STATION on December 9, 2025. No Proof of Service of Summons has been filed in this case.

4.      Plaintiff served Defendant CA ORANGE COUNTY DISTRICT ATTORNEY'S REAL ESTATE FRAUD UNIT on December 9, 2025. No Proof of Service of Summons has been filed in this case.

5.      Plaintiff served Defendant ORANGE COUNTY SHERIFF'S DEPARTMENT LAKE FOREST SHERIFF DEPARTMENT, SADDLEBACK STATION on December 9, 2025. No Proof of Service of Summons has been filed in this case.

6.      Plaintiff served Defendant DONALD BARNES, in his official capacity as CA Orange County Sheriff Chief Coroner on December 9, 2025. No Proof of Service of Summons has been filed in this case.

7.      Plaintiff served Defendant DONALD P. WAGNER, in his official capacity as Board of Supervisors District 3 member on December 9, 2025. No Proof of Service of Summons has been filed in this case.

8.      Plaintiff served Defendant ORANGE COUNTY DISTRICT ATTORNEY TODD ALLAN SPITZER, in his official capacity as CA Orange County District Attorney on December 9, 2025. No Proof of Service of Summons has been filed in this case.

9.      Plaintiff served Defendant CA ORANGE COUNTY PARKS on December 11, 2025. No Proof of Service of Summons has been filed in this case.

10.      Plaintiff's Complaint for Damages raises a federal question under the United States Constitution, including an allegation Defendants violated Plaintiff's

**15**
**NOTICE OF REMOVAL**

U.S. Constitutional Rights, committed Citizenship fraud and RICO Act violations. (See generally, Complaint "Exhibit A").

11.    The first date upon which Defendants received service of process was on December 9, 2025, as discussed in Paragraph 3, above.  Removal on behalf of the Defendant is timely under 28 U.S.C. § 1446(b) because this Notice of Removal was filed within 30 days of December 9, 2025.

12.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441, in that it arises under the United States Constitution and federal statutes.  Specifically, as indicated, Plaintiff's Complaint asserts claims for alleged violations of rights under the United States Constitution, Citizenship fraud allegations, and RICO Act violation allegations. (See generally, Complaint for damages).  The causes of action are appropriately subject to removal. See, 28 U.S.C. §§ 1331, 1441.

13.    Plaintiff also asserts claims pursuant to California law against the Defendants. (See generally, Complaint "Exhibit A").  All of these causes of action are removable under the Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367.  See, Brady v. Brown, 51 F.3d 810, 816 (9th Cir. 1995) ("Pendent jurisdiction over state claims exists when the federal claim is sufficiently substantial to confer federal jurisdiction, and there is 'a common nucleus of operative fact between the state and federal claims'. . . The decision to retain jurisdiction over state law claims is within the district court's discretion, weighing factors such as economy, convenience, fairness, and comity.") (internal citations omitted).

14.    Removal to this Court is proper under 28 U.S.C. § 1441 because the Complaint was filed in the Superior Court of the State of California for the County of Orange, and this U.S. District Court for the Central District of California in the Southern Division is the U.S. District Court for the district and

**NOTICE OF REMOVAL**

division in which this action is pending.

15.    The jurisdictional allegations of this Notice were true at the time the state court action was commenced against Defendants and remain true as of the date of filing of this Notice of Removal.

16.    To the best of Defendants' knowledge, there are currently no related cases pending in this District Court.

17.    Given the numerosity of the more than 200 named Defendants, it was impractical for Defendants to obtain consent for this removal.  Plaintiff also has not filed a single proof of service as to any defendant. All Defendants that are known to have been served at this time, who are included herein, consent to this removal.  See, 42 U.S.C. § 1446(b)(2)(C).

18.    A copy of this Notice of Removal will be filed with the Superior Court of the State of California for the County of Orange and served upon Plaintiff, in Pro Per, as required by 28 U.S.C. § 1446(d), and an appropriate notice of compliance with 28 U.S.C. § 1446(d) also will be served and filed in the above-entitled Court.

19.    By virtue of this Notice of Removal, Defendants do not waive their rights to assert any claims, defenses, or other motions permitted under the Federal Rules of Civil Procedure.  Further, Defendants reserve the right to submit additional evidence and assert supplemental grounds in support of removal as appropriate in future circumstances.

20.    Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders, and other papers or exhibits of every kind filed and/or served on Defendants, or otherwise available on the docket in the state court action are attached here, as follows:

    (1)    Exhibit A – Complaint, filed December 3, 2025

    (2)    Exhibit B – Summons, issued and filed December 3, 2025

    (3)    Exhibit C – Superior Court of the County of Orange Civil Case

**17**
**NOTICE OF REMOVAL**

Cover Sheet filed December 3, 2025

(4)    Exhibit D – Order on Court Fee Waiver, filed on December 3, 2025

(5)    Exhibit E – Order on Court Fee Waiver, filed on December 5, 2025

(6)    Exhibit F – Clerk's Certificate of Mailing/Electronic Service, filed on December 10, 2025

(7)    Exhibit G – Order for Reassignment of Case to Out-of-County Judge, filed on December 15, 2025

(8)    Exhibit H – Clerk's Certificate of Mailing Re: Order for Reassignment, filed on December 15, 2025

(9)    Exhibit I – Copy of documents served on Defendant COUNTY OF ORANGE, a public entity, erroneously sued as CA ORANGE COUNTY DISTRICT ATTORNEY'S REAL ESTATE FRAUD UNIT and CA ORANGE COUNTY PARKS and ORANGE COUNTY SHERIFF'S DEPARTMENT LAKE FOREST SHERIFF DEPARTMENT, SADDLEBACK STATION on December 9, 2025

(10)   Exhibit J – Copy of documents served on Defendant CA ORANGE COUNTY DISTRICT ATTORNEY'S REAL ESTATE FRAUD UNIT on December 9, 2025

(11)   Exhibit K – Copy of documents served on Defendant ORANGE COUNTY SHERIFF'S DEPARTMENT LAKE FOREST SHERIFF DEPARTMENT, SADDLEBACK STATION on December 9, 2025

(12)   Exhibit L – Copy of documents served on Defendant DONALD BARNES, in his official capacity as CA Orange County Sheriff

NOTICE OF REMOVAL

Chief Coroner on December 9, 2025

(13)   Exhibit M – Copy of documents served on Defendant DONALD P. WAGNER, in his official capacity as Board of Supervisors District 3 member on December 9, 2025

(14)   Exhibit N – Copy of documents served on Defendant ORANGE COUNTY DISTRICT ATTORNEY TODD ALLAN SPITZER, in his official capacity as CA Orange County District Attorney on December 9, 2025

(15)   Exhibit O – Copy of documents served on Defendant CA ORANGE COUNTY PARKS on December 11, 2025

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**19**
**NOTICE OF REMOVAL**

21.    Additionally, pursuant to Central District Local Rule 3.1, a completed Civil Case Cover Sheet and Certificate of Interested Parties have been filed with the Court.

DATED: January 8, 2026

**LYNBERG & WATKINS**
A Professional Corporation


By: */s/ Lacey N. Sipsey*
**G. CRAIG SMITH**
**LACEY N. SIPSEY**
Attorneys for Defendants
COUNTY OF ORANGE,
ORANGE COUNTY
SHERIFF'S DEPARTMENT
LAKE FOREST SHERIFF
DEPARTMENT,
SADDLEBACK STATION,
DONALD BARNES, DONALD
P. WAGNER, CA ORANGE
COUNTY PARKS, ORANGE
COUNTY DISTRICT
ATTORNEY'S REAL ESTATE
FRAUD UNIT, ORANGE
COUNTY DISTRICT
ATTORNEY TODD ALLAN
SPITZER

**20**
**NOTICE OF REMOVAL**