UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 8:26-cv-00072-SVW-JDE | Date: | March 31, 2026 |

| Title: | *Sanaz Derakhshani Jan v. County of Orange et al* |

Present: The Honorable    **STEPHEN V. WILSON, United States District Judge**

Daniel Tamayo
Deputy Clerk                                        Court Reporter

**Proceedings:**    **ORDER DISMISSING COMPLAINT FOR FAILURE TO STATE A CLAIM**

Under Rule 8, a plaintiff's complaint "must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). A claim is facially plausible "when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.* at 678. A complaint that offers mere "labels and conclusions" or "a formulaic recitation of the elements of a cause of action will not do." *Id.*; *see also Moss v. U.S. Secret Serv.*, 572 F.3d 962, 969 (9th Cir. 2009) (citing *Iqbal*, 556 U.S. at 678).

Here, pro se Plaintiff Sanaz Derakhshani Jan's complaint does not pass muster. Plaintiff's complaint alleges that hundreds of defendants engaged in corruption, retaliation, fraud, human smuggling, and other misconduct. ECF No. 1-1. However, it is insufficient to, as Plaintiff does, lump hundreds of defendants together in a conclusory manner and fail to allege any facts. Plaintiff's claims, to the extent any are alleged, are implausible. The Court thus DISMISSES Plaintiff's complaint under Rule 8 for failure to state a claim. Accordingly, all pending motions and requests on the docket are DENIED as moot and all scheduled hearings are VACATED.

:    50